IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : CHAPTER 11 |
| | : |
| ROTONDO WEIRICH ENTERPRISES, INC. | : Bky. No. 15-16146(ELF) |
| ROTONDO WEIRICH, INC. | : |
| | : JOINTLY ADMINISTERED |
| Debtors | : |
| | : |
| ROTONDO WEIRICH ENTERPRISES, INC. | : |
| | : |
| Plaintiff | : |
| | : |
| v. | : ADVERSARY NO. 17-234(ELF) |
| | : |
| THE TRAVELERS COMPANIES, INC. | : |
| | : |
| Defendant | : |

## CERTIFICATE OF SERVICE

I, Robert W. Seitzer, Esquire hereby certify that on the 17th day of August, 2017 I caused to be served a true and accurate copy of the Summons and Complaint of Rotondo Weirich Enterprises, Inc. to Avoid and Recover Preferential Transfers pursuant to 11 U.S.C. §§ 547 and 550 upon the parties on the attached list in the manner indicated thereon.

                                    MASCHMEYER KARALIS P.C.

                              By:  /s/ Robert W. Seitzer
                                   ROBERT W. SEITZER
                                   Attorneys for the Plaintiff/Debtor

Dated: August 17, 2017

**VIA E-MAIL**

Rotondo Weirich Enterprises, Inc., et al.
Attn: Steven J. Weirich/Mario Rotondo
681 Harleysville Pike
P.O. Box 429
Lederach, PA 19450

**VIA U.S. FIRST CLASS MAIL**

The Travelers Companies, Inc.
Attn:   Alan D. Schnitzer, CEO
485 Lexington Avenue
New York, NY 10017

The Travelers Companies, Inc.
Attn:    Alan D. Schnitzer, CEO
P.O. Box 660317
Dallas, TX 75266